FILED
2022 Sep-12  PM 02:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **SYDNEY McDUFFIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.:** |
| **v.** | ) | **4:22-cv-00463-CLM** |
| | ) | |
| **ROBINSON AND WALDROP** | ) | |
| **LANDSCAPE LLC, and** | ) | |
| **JEREMY ROBINSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ANSWER</u>

Jeremy Robinson and Robinson & Waldrop Landscape Group, LLC ("Robinson & Waldrop") (collectively, "Defendants") answer Sydney McDuffie's Complaint as follows:

1. This paragraph is jurisdictional. Defendants do not challenge this court's jurisdiction over McDuffie's claims.

2. Admitted.

3. Admitted.

4. Admitted.

5. See above.

6. Admitted.

7. Generally admitted.

8.  Admitted.

9.  Generally admitted.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. This allegation calls for a legal conclusion.

15. McDuffie's regular rate of pay is reflected on his paystubs, which have been produced.

16. McDuffie's regular rate of pay is reflected on his paystubs, which have been produced.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. This allegation calls for a legal conclusion.

34. Denied.

35. Denied.

36. Admitted.

37. Denied.

38. Denied.

39. Denied.

40. Admitted.

41. Admitted.

42. Admitted.

43. Admitted.

44. Admitted.

45. Admitted.

46. Admitted.

47. Admitted.

48. Admitted.

49. See above.

50. Admitted.

51. Denied.

52. Admitted.

53. Admitted.

54. Admitted.

55. Denied.

56. Denied.

57. Denied.

58. Defendants deny any material allegation not herein expressly admitted.

59. Defendants deny that they willfully violated the Fair Labor Standards Act.

60. Defendants are entitled to offset payment for work not performed for any proved unpaid wages.

/s/ William K. Hancock
William K Hancock
Laura L. Decker
*Attorneys for Defendants*

**OF COUNSEL:**
GALLOWAY, SCOTT & HANCOCK, LLC
2200 Woodcrest Place, Suite 310
Birmingham, AL 35209
205.949.5580
Will.hancock@gallowayscott.com
ldecker@gallowayscott.com

## CERTIFICATE OF SERVICE

I hereby certify to the best of my knowledge this document was filed using the CM/ECF system and that notice of filing will be sent to registered participants as follows:

> Allen D. Arnold
> Whitney Morgan Brown
> Allen D. Arnold, LLC
> 6 Office Park Circle, Suite 209
> Mountain Brook, AL 35223

*/s/ William K. Hancock*
OF COUNSEL