*McDuffie v. Robinson-Waldrop et al*
Case No. 4:22-cv-00463-CLM
**Exhibit A to Joint Motion for Settlement Approval with Incorporated Settlement Agreement**

| Check Date | Hourly Rate | Hours Worked | Hours Over 40 | OT Rate | Unpaid Premium |
|---|---|---|---|---|---|
| 4/17/2020 | $ 15.00 | 50.24 | 10.24 | $ 7.50 | $ 76.80 |
| 4/24/2020 | $ 15.00 | 48.84 | 8.84 | $ 7.50 | $ 66.30 |
| 5/1/2020 | $ 15.00 | 50.90 | 10.90 | $ 7.50 | $ 81.75 |
| 5/8/2020 | $ 15.00 | 50.35 | 10.35 | $ 7.50 | $ 77.63 |
| 5/15/2020 | $ 15.00 | 46.59 | 6.59 | $ 7.50 | $ 49.43 |
| 5/22/2020 | $ 15.00 | 52.84 | 12.84 | $ 7.50 | $ 96.30 |
| 5/29/2020 | $ 15.00 | 49.36 | 9.36 | $ 7.50 | $ 70.20 |
| 6/5/2020 | $ 15.00 | 45.71 | 5.71 | $ 7.50 | $ 42.83 |
| 6/12/2020 | $ 15.00 | 48.98 | 8.98 | $ 7.50 | $ 67.35 |
| 6/19/2020 | $ 15.00 | 48.88 | 8.88 | $ 7.50 | $ 66.60 |
| 6/26/2020 | $ 15.00 | 49.91 | 9.91 | $ 7.50 | $ 74.33 |
| 7/2/2020 | $ 15.00 | 48.99 | 8.99 | $ 7.50 | $ 67.43 |
| 7/10/2020 | $ 15.00 | 27.35 | 0.00 | $ 7.50 | $ - |
| 7/17/2020 | $ 15.00 | 49.49 | 9.49 | $ 7.50 | $ 71.18 |
| 7/24/2020 | $ 15.00 | 45.75 | 5.75 | $ 7.50 | $ 43.13 |
| 7/31/2020 | $ 15.00 | 49.67 | 9.67 | $ 7.50 | $ 72.53 |
| 8/7/2020 | $ 15.00 | 49.10 | 9.10 | $ 7.50 | $ 68.25 |
| 8/14/2020 | $ 15.00 | 47.16 | 7.16 | $ 7.50 | $ 53.70 |
| 8/21/2020 | $ 15.00 | 48.79 | 8.79 | $ 7.50 | $ 65.93 |
| 8/28/2020 | $ 15.00 | 46.87 | 6.87 | $ 7.50 | $ 51.53 |
| 9/4/2020 | $ 15.00 | 48.52 | 8.52 | $ 7.50 | $ 63.90 |
| 9/11/2020 | $ 15.00 | 51.33 | 11.33 | $ 7.50 | $ 84.98 |
| 9/18/2020 | $ 15.00 | 51.47 | 11.47 | $ 7.50 | $ 86.03 |
| 9/23/2020 | $ 15.00 | 46.71 | 6.71 | $ 7.50 | $ 50.33 |
| 10/2/2020 | $ 15.00 | 20.02 | 0.00 | $ 7.50 | $ - |
| 10/9/2020 | $ 15.00 | 49.97 | 9.97 | $ 7.50 | $ 74.78 |
| 10/16/2020 | $ 15.00 | 45.57 | 5.57 | $ 7.50 | $ 41.78 |
| 10/23/2020 | $ 15.00 | 49.58 | 9.58 | $ 7.50 | $ 71.85 |
| 10/30/2020 | $ 15.00 | 54.03 | 14.03 | $ 7.50 | $ 105.23 |
| 11/6/2020 | $ 15.00 | 46.03 | 6.03 | $ 7.50 | $ 45.23 |
| 11/13/2020 | $ 15.00 | 53.73 | 13.73 | $ 7.50 | $ 102.98 |
| 11/20/2020 | $ 15.00 | 42.75 | 2.75 | $ 7.50 | $ 20.63 |
| 11/25/2020 | $ 15.00 | 48.03 | 8.03 | $ 7.50 | $ 60.23 |
| 12/4/2020 | $ 15.00 | 44.84 | 4.84 | $ 7.50 | $ 36.30 |
| 12/11/2020 | $ 15.00 | 39.00 | 0.00 | $ 7.50 | $ - |
| 12/18/2020 | $ 15.00 | 48.48 | 8.48 | $ 7.50 | $ 63.60 |
| 12/23/2020 | $ 15.00 | 43.97 | 3.97 | $ 7.50 | $ 29.78 |
| 1/1/2021 | $ 15.00 | 18.18 | 0.00 | $ 7.50 | $ - |
| 1/8/2021 | $ 15.00 | 24.00 | 0.00 | $ 7.50 | $ - |
| 1/15/2021 | $ 17.50 | 48.07 | 8.07 | $ 8.75 | $ 70.61 |
| 1/22/2021 | $ 17.50 | 46.35 | 6.35 | $ 8.75 | $ 55.56 |
| 1/29/2021 | $ 17.50 | 46.35 | 6.35 | $ 8.75 | $ 55.56 |
| 2/5/2021 | $ 17.50 | 49.61 | 9.61 | $ 8.75 | $ 84.09 |
| 2/12/2021 | $ 17.50 | 48.94 | 8.94 | $ 8.75 | $ 78.23 |
| 2/19/2021 | $ 17.50 | 43.55 | 3.55 | $ 8.75 | $ 31.06 |
| 2/26/2021 | $ 17.50 | 19.17 | 0.00 | $ 8.75 | $ - |
| 3/5/2021 | $ 17.50 | 47.80 | 7.80 | $ 8.75 | $ 68.25 |
| 3/12/2021 | $ 17.50 | 42.16 | 2.16 | $ 8.75 | $ 18.90 |
| 3/19/2021 | $ 17.50 | 50.10 | 10.10 | $ 8.75 | $ 88.38 |
| 3/26/2021 | $ 17.50 | 42.39 | 2.39 | $ 8.75 | $ 20.91 |
| 4/2/2021 | $ 17.50 | 47.28 | 7.28 | $ 8.75 | $ 63.70 |

| Date | Rate | | Hours | OT Hours | OT Rate | | Amount Due | |
|---|---|---|---|---|---|---|---|---|
| 4/9/2021 | $ | 17.50 | 39.77 | 0.00 | $ | 8.75 | $ | - |
| 4/16/2021 | $ | 17.50 | 49.14 | 9.14 | $ | 8.75 | $ | 79.98 |
| 4/23/2021 | $ | 17.50 | 44.67 | 4.67 | $ | 8.75 | $ | 40.86 |
| 4/30/2021 | $ | 17.50 | 51.15 | 11.15 | $ | 8.75 | $ | 97.56 |
| 5/7/2021 | $ | 17.50 | 50.12 | 10.12 | $ | 8.75 | $ | 88.55 |
| 5/14/2021 | $ | 17.50 | 45.43 | 5.43 | $ | 8.75 | $ | 47.51 |
| 5/21/2021 | $ | 17.50 | 46.33 | 6.33 | $ | 8.75 | $ | 55.39 |
| 5/28/2021 | $ | 17.50 | 48.29 | 8.29 | $ | 8.75 | $ | 72.54 |
| 6/4/2021 | $ | 17.50 | 41.14 | 1.14 | $ | 8.75 | $ | 9.98 |
| 6/11/2021 | $ | 17.50 | 39.37 | 0.00 | $ | 8.75 | $ | - |
| 6/18/2021 | $ | 17.50 | 42.64 | 2.64 | $ | 8.75 | $ | 23.10 |
| 6/25/2021 | $ | 17.50 | 55.91 | 15.91 | $ | 8.75 | $ | 139.21 |
| 7/2/2021 | $ | 17.50 | 48.84 | 8.84 | $ | 8.75 | $ | 77.35 |
| 7/9/2021 | $ | 17.50 | 38.74 | 0.00 | $ | 8.75 | $ | - |
| 7/16/2021 | $ | 17.50 | 8.00 | 0.00 | $ | 8.75 | $ | - |
| 7/23/2021 | $ | 17.50 | 51.64 | 11.64 | $ | 8.75 | $ | 101.85 |
| 7/30/2021 | $ | 17.50 | 49.57 | 9.57 | $ | 8.75 | $ | 83.74 |
| 8/6/2021 | $ | 17.50 | 49.69 | 9.69 | $ | 8.75 | $ | 84.79 |
| 8/13/2021 | $ | 17.50 | 50.25 | 10.25 | $ | 8.75 | $ | 89.69 |
| 8/19/2021 | $ | 17.50 | 50.39 | 10.39 | $ | 8.75 | $ | 90.91 |
| 8/26/2021 | $ | 17.50 | 34.73 | 0.00 | $ | 8.75 | $ | - |
| 9/3/2021 | $ | 17.50 | 50.78 | 10.78 | $ | 8.75 | $ | 94.33 |
| 9/10/2021 | $ | 17.50 | 44.77 | 4.77 | $ | 8.75 | $ | 41.74 |
| 9/17/2021 | $ | 17.50 | 31.20 | 0.00 | $ | 8.75 | $ | - |
| 9/24/2021 | $ | 17.50 | 48.65 | 8.65 | $ | 8.75 | $ | 75.69 |
| 10/1/2021 | $ | 17.50 | 37.82 | 0.00 | $ | 8.75 | $ | - |
| 10/8/2021 | $ | 17.50 | 49.84 | 9.84 | $ | 8.75 | $ | 86.10 |
| 10/15/2021 | $ | 17.50 | 35.53 | 0.00 | $ | 8.75 | $ | - |
| 10/22/2021 | $ | 17.50 | 49.41 | 9.41 | $ | 8.75 | $ | 82.34 |
| 10/29/2021 | $ | 17.50 | 47.37 | 7.37 | $ | 8.75 | $ | 64.49 |
| 11/5/2021 | $ | 17.50 | 44.62 | 4.62 | $ | 8.75 | $ | 40.43 |
| 11/12/2021 | $ | 17.50 | 42.63 | 2.63 | $ | 8.75 | $ | 23.01 |
| 11/19/2021 | $ | 17.50 | 47.41 | 7.41 | $ | 8.75 | $ | 64.84 |
| 11/26/2021 | $ | 17.50 | 44.60 | 4.60 | $ | 8.75 | $ | 40.25 |
| 12/3/2021 | $ | 17.50 | 28.69 | 0.00 | $ | 8.75 | $ | - |
| 12/10/2021 | $ | 17.50 | 48.12 | 8.12 | $ | 8.75 | $ | 71.05 |
| 12/17/2021 | $ | 17.50 | 43.48 | 3.48 | $ | 8.75 | $ | 30.45 |
| 12/24/2021 | $ | 17.50 | 49.03 | 9.03 | $ | 8.75 | $ | 79.01 |
| 12/31/2021 | $ | 17.50 | 26.71 | 0.00 | $ | 8.75 | $ | - |
| 1/7/2022 | $ | 17.50 | 40.00 | 0.00 | $ | 8.75 | $ | - |
| 1/14/2022 | $ | 17.50 | 20.00 | 0.00 | $ | 8.75 | $ | - |
| 1/21/2022 | $ | 17.50 | 20.00 | 0.00 | $ | 8.75 | $ | - |
| 1/28/2022 | $ | 17.50 | 20.00 | 0.00 | $ | 8.75 | $ | - |
| 2/4/2022 | $ | 17.50 | | | | | | |
| | | | Two Year FLSA Recovery | | | | $ | 4,812.69 |
| | | | Liquidated Damages | | | | $ | 4,812.69 |
| | | | | | | | $ | 9,625.38 |