Exhibit B to Joint Motion for Settlement Approval

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

**SIDNEY MCDUFFIE,**

    **PLAINTIFF,**

**VS.**                                                          **CV NO.: 4:22-cv-00463-CLM**

**ROBINSON AND WALDROP
LANDSCAPE, LLC, and JEREMY
ROBINSON,**

    **DEFENDANTS.**

**STIPULATED JUDGMENT
AND ORDER OF DISMISSAL WITH PREJUDICE**

This case involves a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, brought by Plaintiff Sidney McDuffie against Defendants Robinson and Waldrop Landscape, LLC and Jeremy Robinson.  The Parties have reached an agreement to resolve all claims in this case and seek court approval of the FLSA settlement and an order of dismissal with prejudice.

Following an examination of the pleadings and terms of the settlement agreement, this Court finds that a bona fide dispute of both law and fact is involved in this litigation, including, but not limited to, issues of liability, and the amount of overtime compensation due.  Having reviewed the terms of the settlement agreement agreed upon by the Parties, this Court finds that the settlement terms proposed by

the Parties are fair and equitable to all involved and that their agreement is a fair and reasonable resolution of this bona fide dispute. Therefore, the Court approves the settlement and the Parties are hereby ordered to finalize the settlement through the exchange of consideration.

Based upon this resolution by the Parties, all claims Plaintiff has or may have arising out of or relating to this lawsuit, including, but not limited to, any claims under the FLSA for overtime wages, attorney's fees, costs, expenses or other relief, award or damages are hereby resolved and **DISMISSED WITH PREJUDICE**.

The Court retains jurisdiction to enforce the terms of the settlement agreement.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this the ___ day of March 2023.

_____
Corey L. Maze
United States District Judge